IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 11-13 Erie
)
HUBER LOPEZ-PEREZ, )
Defendant )

O R D E R

AND NOW, this 10th day of May, 2011 the Court having made several attempts to obtain an approved A.O. certified Spanish interpreter to be physically present during proceedings scheduled before the undersigned at the Erie Courthouse on May 16, 2011 and no certified interpreter within a 150 mile radius being readily available,

IT IS ORDERED that the Court obtain the services of a language skilled interpreter from the local roster maintained by this Court to provide interpretation services for these proceedings.

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge